IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOAN AARESTAD,<br><br>    Plaintiff,<br><br>  v.<br><br>TRICON TIMBER, LLC; TRICON REALTY, INC., and MINERAL COUNTY, a Political Subdivision of the State of Montana<br><br>    Defendants. | CV-16-51-M-DLC-JCL<br><br>ORDER |
| TRICON TIMBER, LLC<br><br>    Counter-Claimant<br><br>  v.<br><br>JOAN AARESTAD,<br><br>    Counter-Defendant | |

Based on the Joint Partial Motion to Dismiss with Prejudice submitted by

Plaintiff/Counter-Defendant Joan Aarestad and Defendant/Counter-Claimant

Tricon Timber, LLC, and good cause appearing, therefore,

IT IS HEREBY ORDERED that all of Joan Aarestad's claims against Tricon Timber, LLC, including claims for costs and fees, are hereby dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that all of Tricon Timber, LLC's counterclaims against Joan Aarestad, including claims for costs and fees, are hereby dismissed with prejudice.

DATED this 14th day of December, 2016.

_____
Jeremiah C. Lynch
United States Magistrate Judge