UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOAN AARESTAD,<br><br>            Plaintiff,<br><br>vs.<br><br>MINERAL COUNTY, a political subdivision of the State of Montana<br><br>            Defendant. | Case No. CV-16-51 -M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this case is CLOSED. .

      Dated this 11th day of June, 2018.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ A.S. Goodwin
                                        A.S. Goodwin, Deputy Clerk

